IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GRANGE MUTUAL CASUALTY
COMPANY,

              Plaintiff,

    v.

BROCK BUILT HOMES, LLC,
LANDMARK PARTNERS, LLC,
BRYAN PONDER, SCOTT
SHELTON, SHARON SHELTON,

           Defendants.

CIVIL ACTION FILE

NO. 1:12-CV-3295-SCJ

## O R D E R

Counsel having advised the Court that the parties to this action have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.  The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action.  If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

    **IT IS SO ORDERED**, this 10th day of December, 2012.

                    s/Steve C. Jones_____
                    STEVE C. JONES
                    UNITED STATES DISTRICT JUDGE